

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
BONNIE SUDDERTH

JUSTICES
ELIZABETH KERR
J. WADE BIRDWELL
DABNEY BASSEL
DANA WOMACK
MIKE WALLACH
BRIAN WALKER

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

October 6, 2022

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196-0402
\* DELIVERED VIA E-MAIL \*

Joseph W. Spence
Assistant Criminal District Attorney
Tim Curry Criminal Justice Center
401 W. Belknap St.
Fort Worth, TX 76196-0201
\* DELIVERED VIA E-MAIL \*

Hon. George William Gallagher
Judge, 396th District Court
Tim Curry Criminal Justice Center
401 W. Belknap, 6th floor
Fort Worth, TX 76196
\* DELIVERED VIA E-MAIL \*

Matthew Smid
Daniel, Moore, Evans, Biggs, Decker &
Smid
301 Commerce St., Ste. 2001
Fort Worth, TX 76102-4129
\* DELIVERED VIA E-MAIL \*

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
\* DELIVERED VIA E-MAIL \*

RE:     Court of Appeals Number:     02-21-00002-CR, 02-21-00003-CR
        Trial Court Case Number:     1591282D, 1627542D

Style:     Beecher Montgomery
           v.
           The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause. Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*